IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MITCHELL WINKLEMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 1:24-CV-12849 |
| PARKWAY BANK AND TRUST COMPANY, ) | |
| Not Individually but as Trustee of the Trust ) | |
| Agreement dated November 22, 1999, ) | |
| and known as Trust Number 12444, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT, <u>PARKWAY BANCORP, INC., WITHOUT PREJUDICE</u>

Plaintiff, MITCHELL WINKLEMANN, by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses Defendant, PARKWAY BANK AND TRUST COMPANY, without prejudice.

Defendant, PARKWAY BANK AND TRUST COMPANY, Not Individually but as Trustee of the Trust Agreement dated November 22, 1999, and known as Trust Number 12444, remains a party to this action.

Respectfully submitted this 23rd day of January, 2025.

<u>/s/ Douglas S. Schapiro</u>
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on January 23, 2025 upon all counsel or parties.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com