IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MITCHELL WINKLEMANN, )<br>)<br>        Plaintiff, )<br>) <br>vs. )<br>)<br>PARKWAY BANK AND TRUST COMPANY, )<br>Not Individually but as Trustee of the Trust )<br>Agreement dated November 22, 1999, )<br>and known as Trust Number 12444, )<br>)<br>        Defendant. ) | CIVIL ACTION<br><br>Case No. 1:24-CV-12849 |

## **NOTICE OF SETTLEMENT**

Plaintiff, MITCHELL WINKLEMANN, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to her case against Defendant, PARKWAY BANK AND TRUST COMPANY, Not Individually but as Trustee of the Trust Agreement dated November 22, 1999, and known as Trust Number 12444.

Plaintiff and Defendant, PARKWAY BANK AND TRUST COMPANY, Not Individually but as Trustee of the Trust Agreement dated November 22, 1999, and known as Trust Number 12444, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 12th day May 2025.

                              Law Offices of
                              THE SCHAPIRO LAW GROUP, P.L.

                              /s/ Douglas S. Schapiro
                              Douglas S. Schapiro, Esq.
                              State Bar No. 54538FL
                              The Schapiro Law Group, P.L
                              7301-A W. Palmetto Park Rd., #100A
                              Boca Raton, FL 33433
                              Tel: (561) 807-7388
                              Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 12th day of May 2025.

                              /s/ Douglas S. Schapiro
                              Douglas S. Schapiro, Esq.
                              State Bar No. 54538FL