IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MITCHELL WINKLEMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 1:24-CV-12849 |
| PARKWAY BANK AND TRUST COMPANY, ) | |
| Not Individually but as Trustee of the Trust ) | |
| Agreement dated November 22, 1999, ) | |
| and known as Trust Number 12444, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MITCHELL WINKLEMANN and Defendant, PARKWAY BANK AND TRUST COMPANY, Not Individually but as Trustee of the Trust Agreement dated November 22, 1999, and known as Trust Number 12444, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant, PARKWAY BANK AND TRUST COMPANY, Not Individually but as Trustee of the Trust Agreement dated November 22, 1999, and known as Trust Number 12444 and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 27th day of May 2025.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/ *Douglas S. Schapiro*
        Douglas S. Schapiro, Esq.
        State Bar No. 54538FL
        The Schapiro Law Group, P.L.
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

>*/s/ Christopher J. Goluba*
>Christopher J. Goluba, Esq.
>Christopher J. Goluba, P.C.
>5277 Trillium Blvd.
>Hoffman Estates, IL 60192
>Tel: 224-484-8925
>Email: Chris.Goluba@golubalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May 2025, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

>/s/ Douglas S. Schapiro
>Douglas S. Schapiro
>State Bar No. 54538FL